# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VLADIMIR KUDRYAVTSEV** ) | |
|     **Plaintiff,** ) | |
| v. ) | Civil Action No. 3:24-cv-1412 |
| ) | Judge Crenshaw/Frensley |
| **LATOYA BECK, ET AL.** ) | |
|     **Defendants.** ) | |

## REPORT AND RECOMMENDATION

This matter was filed by the pro se Plaintiff requesting an Order requiring Defendants to process his application for asylum status in the United States. Docket No. 1. Shortly thereafter, the Plaintiff filed a notice with the Court titled "Closing Claim." Docket No. 7. The notice states as follows:

> For a long time I could not get a decision on my immigration case. Now I have received a decision on my case and this claim is not relevant.

Id.

It appears from the notice that the Plaintiff has now received the remedy for which he filed this action and does not wish to pursue this case further. The Court construes the Plaintiff's notice as a request to voluntarily dismiss his action under Rule 41 of the Federal Rules of Civil Procedure.

Because the Plaintiff appears to have received the relief he sought in this action and his representation that his claim is no longer "relevant," the undersigned recommends that the Court dismiss this action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report

and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**