UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| VLADIMIR KUDRYAVTSEV, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-01412 |
| LATOYA BECK, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 8) recommending that the Court construe Plaintiff's notice entitled "Closing Claim" as a request for voluntary dismissal under Federal Rule of Civil Procedure 41 (see Doc. No. 7), and dismiss this action because Plaintiff has "received the relief he sought in this action." (Doc. No. 8 at 1). No party has filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See id. at 1–2).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that: (1) Plaintiff's notice entitled "Closing Claim" stating that he has "received a decision on [his] case and this claim is not relevant" should be construed as a request for voluntary dismissal under Rule 41; and (2) pursuant to Rule 41, this action should be dismissed without prejudice. (See id. at 1).

Accordingly, the R&R (Doc. No. 8) is **APPROVED AND ADOPTED**. In accordance with the notice entitled "Closing Claim" (Doc. No. 7), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall enter a final judgment under Rule 58 of the Federal Rules of Civil Procedure and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE